UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                    Case No. 04-CR-80480
                                      Honorable Judith E. Levy

v.

Mohamed Hazime,

       Defendant.
_____/

## Stipulated Preliminary Order of Forfeiture

Plaintiff, by and through its undersigned attorneys, and Defendant Mohamed Hazime (Defendant), individually and by and through his attorney, Ben M. Gonek, Esq. hereby submit this Stipulated Preliminary Order of Forfeiture for immediate entry by the Court.

Pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 982(a)(2), as a result of Defendant's Rule 11 plea agreement (ECF No. 330, PageID.3545), conviction for violating 18 U.S.C. § 1344, and based upon the record in this case:

IT IS HEREBY ORDERED AND ADJUDGED that

1.    A forfeiture money judgment in an amount to be determined by this Court is granted and entered against Defendant in favor of the United States of America, representing any proceeds that Defendant personally obtained as a result of his violation of 18 U.S.C. § 1344.

2.  To satisfy the money judgment in the amount determined by this Court, any assets that Defendant has now, or may later acquire may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2).

3.  This Preliminary Order of Forfeiture shall become the Final Order of Forfeiture upon sentencing, and shall be made part of the sentence and included in the Judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

4.  The Court shall retain jurisdiction to enforce this Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Agreed as to form and substance:

Dawn N. Ison
United States Attorney

| | |
|---|---|
| /s/ K. Craig Welkener | /s/ Ben M. Goneck |
| K. Craig Welkener (DC 1033585) | Ben M. Gonek (P43716) |
| Assistant United States Attorney | Attorney for Mohamed Hazime |
| 211 W. Fort Street, Suite 2001 | 14290 Northline Road |
| Detroit, Michigan 48226 | Southgate, MI 48195 |
| (313) 226-0248 | (313) 963-3377 |
| Kenton.welkener@usdoj.gov | ben@gonekbelcherlaw.com |
| Dated:  January 26, 2023 | Dated:  January 26, 2023 |

***************************

**IT IS SO ORDERED.**

Date: January 27, 2023              s/Judith E. Levy
                                    HONORABLE JUDITH E. LEVY
                                    United States District Judge